# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **KENNETH MORGAN,** | No. LA CV 22-06294-VBF-PVC |
| Plaintiff, | **ORDER** Dismissing Action Without Prejudice for Lack of Prosecution and Failure to Comply With Court Order |
| v. | |
| Lt. S. BERMUDEZ, V. DIAZ (correctional officer), A. ARREDONDO (correctional officer), FOWLER (correctional officer), and John Doe, | |
| Defendants. | |

Proceeding pro se, California state prisoner Kenneth Morgan constructively filed the 42 U.S.C. section 1983 civil-rights complaint and a Request to Proceed In Forma Pauperis on September 2, 2022, and they were docketed on September 6, 2022. *See* CM/ECF System Documents ("Docs") 1 and 3.

By Order dated September 14 and docketed September 15, 2022 (Doc 5), this Court stated that plaintiff had not provided sufficient information to enable the Court to determine whether he may reasonably be expected to pay the filing fee or should be allowed to proceed in forma pauperis. Specifically, the Court explained to plaintiff: "This is what is missing: a certified copy of a [prison] trust fund statement for the past six months. Plaintiff must complete Section 2 of the Request to Proceed Without Prepayment of Fees. Also, plaintiff

must enter his name in the caption of his Request form above the order 'plaintiff.'" The Court elaborated, "Ruling on the Request is postponed for 30 days so that Plaintiff has the opportunity to provide: the missing information identified above." Doc 5 at 1.

The September 15, 2022 Order clearly warned, "If Plaintiff does not provide the information or authorization within 30 days, this case may be dismissed without prejudice." Doc 5 at 1. For plaintiff's sake, the Court interprets the thirty-day period as thirty days from the date when plaintiff received the order. Also for plaintiff's sake, the Court assumes arguendo that it may have taken as long as seven calendar days for the September 15, 2022 Order to reach plaintiff in his cell.

If plaintiff received the Order on about September 22, 2022, his thirty-day period started running the next day, September 23, 2022, *see* Fed. R. Civ. P. 6, and elapsed at the end of Saturday, October 22, 2022.

Because that deadline falls on a weekend, the Court moves it two days later, to Monday, October 24, 2022. Nonetheless, even that charitably calculated deadline for plaintiff to supply the required information passed two weeks ago, and the Court has received no filings from plaintiff.

## ORDER

**Accordingly, this action is DISMISSED without prejudice for lack of prosecution and failure to follow court order.**

**The case is TERMINATED (JS-6).**

**IT IS SO ORDERED.**

Dated: November 7, 2022

*Valerie Baker Fairbank*

Honorable Valerie Baker Fairbank
Senior United States District Judge